1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HAKEIM EL BEY,                              No.  2:17-cv-02237 KJM CKD (PS)

12                 Plaintiff,

13        v.                                     ORDER

14   ACCREDITED HOME LENDERS INC.,
     et al.,
15
                  Defendants.
16

17

18        Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma

19   pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule

     302(21), pursuant to 28 U.S.C. § 636(b)(1).
20
          Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. §
21
     1915(a)(1).  Accordingly, the request to proceed in forma pauperis will be granted.
22
          The determination that plaintiff may proceed in forma pauperis does not complete the
23
     required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at
24
     any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious,
25
     fails to state a claim on which relief may be granted, or seeks monetary relief against an immune
26
     defendant.  The court cannot make this determination on the present record.  Therefore, the court
27
     reserves decision on these issues until the record is sufficiently developed.
28
                                            1

Good cause appearing, IT IS ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2. The Clerk of the Court is directed to issue the undersigned's order setting status conference.

3. The United States Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4(i), including a copy of this court's order setting status conference, without prepayment of costs.

4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, and this court's order setting status conference.

5. Plaintiff is directed to provide to the United States Marshal, within fourteen days from the date this order is filed, all information needed by the Marshal to effect service of process, including all information required for proper service of summons under Federal Rule of Civil Procedure (i) and shall file a statement with the court that said documents have been submitted to the United States Marshal, along with a copy of the information provided to the Marshal. The court anticipates that, to effect service, the U.S. Marshal will require at least:

   a. One completed summons for each defendant;

   b. One completed USM-285 form for each defendant;

   c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

   d. One copy of this court's status order for each defendant; and

   e. One copy of the instant order for each defendant.

6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

////

////

////

////

1    7. The Clerk of the Court is directed to serve a copy of this order on the United States

2  Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

3  Dated: November 9, 2017

4                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10   2 elbey2237. ifp.serve